IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLYSON NETWALL | CIVIL ACTION |
| vs. | |
| SHIRE U.S., INC., et al. | NO.:  13-cv-1669 |

## O R D E R

AND NOW, this 12th day of **JANUARY, 2015**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Edmund V. Ludwig to the calendar of the Honorable Gerald J. Pappert.

FOR THE COURT:

PETRESE B. TUCKER
Chief Judge

ATTEST:

*/s/ Michael E. Kunz/*

MICHAEL E. KUNZ
Clerk of Court