UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLYSON NETWALL<br>on behalf of herself and all others<br>similarly situated,<br>    Plaintiff,<br>v.<br>SHIRE U.S., INC. and SHIRE LLC, and<br>Does 1 through 100, inclusive,<br>    Defendants. | Civil Action No. 2:13-cv-01669-GP |

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED and agreed by the parties and their counsel that, pursuant to Fed. R. Civ. P. 41(a), the above-captioned action be, and hereby is, DISMISSED with prejudice, with each party to bear its own costs and fees.

**SO STIPULATED**

Dated: February 17, 2017

*Counsel for Plaintiff Netwall*                 *Counsel for the Shire Defendants*


/s/ RH2063                                         /s/ swa9500
Ruben Honik, Esq.                                  Stephen W. Armstrong (PA Bar No. 16218)
RHonik@GolombHonik.com                             **MONTGOMERY MCCRACKEN WALKER**
Richard M. Golomb, Esq.                              **& RHOADS LLP**
RGolomb@GolombHonik.com                            123 S. Broad Street
David Stanoch, Esq.                                Philadelphia, PA 19109
DStanoch@GolombHonik.com                           Tel. (215) 772-7552
**GOLOMB & HONIK, P.C.**                           Fax: (215) 772-7620
1515 Market Street, Suite 1100
Philadelphia, PA 19102                               -and-
Tel: (215) 985-9177
Fax: (215) 985-4169                                **FROMMER LAWRENCE & HAUG LLP**
                                                   David A. Zwally, Esq. *(Pro Hac Vice)*
  -and-                                            dzwally@flhlaw.com
                                                   John F. Collins, Esq. *(Pro Hac Vice)*
Conlee Whiteley, Esq. *(Pro Hac Vice)*             jcollins@flhlaw.com

1

| | |
|---|---|
| c.whiteley@kanner-law.com<br>**KANNER & WHITELEY, LLC**<br>701 Camp Street<br>New Orleans, Louisiana 70130<br>Tel: (504) 524-5777<br>Fax: (504) 524-5763 | 745 Fifth Avenue<br>New York, NY 10151<br>Tel: (212) 588-0800<br>Fax: (212) 588-0500<br><br>Michael F. Brockmeyer (*pro hac vice*)<br>1667 K Street, NW<br>Washington, DC 20006<br>Tel: (202) 292-1530<br>Fax: (202) 292-1531<br>mbrockmeyer@flhlaw.com |

          **SO ORDERED this \_\_\_\_ day of _____, 2017**

          _____

          **Hon. Judge Gerald J. Pappert**